# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

155394

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

CATHERINE MILOT,
            Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
            Defendant-Appellant.

SC: 155394
COA: 329728
Ct of Claims: 12-000051-MD

_____/

On order of the Court, the application for leave to appeal the December 8, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017

Clerk

t0913